UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | CASE NO. CR09-5590BHS |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION |
| PHILIP A. SMITH, | |
| Defendant. | |

This matter comes before the Court on Defendant Philip A. Smith's ("Smith") motion for early termination of probation. Dkt. 42. The Court, having reviewed the instant motion, the government's response and the records in this matter, finds that termination of Defendant's probation is warranted by the conduct of the Defendant and the interest of justice. Now, therefore,

**IT IS HEREBY ORDERED** that the remainder of Defendant's probationary sentence is terminated and the Defendant is discharged from probation. This order does not alter Defendant's obligation to satisfy his restitution obligation.

Dated this 3rd day of July, 2012.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1